IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUPERT A. TRUJILLO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-11-244-W |
| ) | |
| H.A. LEDEZMA, WARDEN, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On March 9, 2011, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this matter, and he made certain findings and recommendations regarding the payment of the filing fee by petitioner Rupert A. Trujillo and the consequences of Trujillo's failure to do so. Trujillo was advised of his right to object to the Report and Recommendation, but he has filed no objections within the time allotted.

Upon review of the record, the Court concurs with Magistrate Judge Bacharach's finding that Trujillo has sufficient funds to prepay the filing fee in full, and it likewise agrees with his suggested disposition of Trujillo's request to proceed without prepayment of the filing fee.

According, the Court

(1) ADOPTS the Report and Recommendation [Doc. 6] filed on March 9, 2011;

(2) DENIES Trujillo's Application to Proceed Without Prepayment of Fees [Doc. 2] file-stamped March 7, 2011;

(3) ORDERS Trujillo to pay the filing fee of $5.00 in its entirety to the Clerk of the Court within twenty-one (21) days of the date of this Order or show good cause why he cannot do so; and

(4) ADVISES Trujillo that if he does not comply with the Court's Order and pay the filing fee of $5.00 in full or show good cause for his failure to do so within twenty-one (21) days, this action will be dismissed without prejudice to refiling.

ENTERED this 29th day of March, 2011.

LEE R. WEST
UNITED STATES DISTRICT JUDGE